## EXHIBIT A
## Estate of Johnny G. Gibson
*Case Facts & Assumptions*

| | | Notes: |
|---|---|---|
| Individual | Johnny G. Gibson | |
| Date of Death | 9/22/2015 | |
| Valuation Date | 3/31/2019 | |
| Sex | Male | |
| Marital Status | Married | |
| Employer | Eagle Land Company | |
| Position | Ranch Hand | |
| Education | H.S. | |
| Date of Birth | /1952 | |
| Age at Date of Death | 63.4 | |
| Worklife Expectancy ("WLE"): | | |
|   Scenario I | 2.6 | SSA full retirement - age 66.0. |
|   Scenario II | 5.2 | Statistical average - age 68.6. |
| Earnings Growth Rate | 2.1% | Considers historical and forecasted consumer price index and employment cost index. |
| Discount Rate | 2.50% | Considers historical, current and forecasted rates of return on Treasury Bills. |
| Expected Earnings | $7,920 | Estimate for 2015; based on 3-year average (2012 - 2014). |

Exhibit 503 page 1 of 1

GOVERNMENT EXHIBIT 503