UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| BARBARA A. GIBSON individually, and as Personal Representative of the Estate of Johnny G. Gibson, JOHN TRAVIS MORGAN GIBSON, and DIXIE LEE GIBSON,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES, and DOES 1-10<br><br>Defendant. | Case No. CV-18-112-GF-BMM<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. The Estate of Johnny G. Gibson is granted judgment against Defendant in the amount of $168,714.00.

2. Barbara Gibson is granted judgment against Defendant in the amount of $294,434.00.

3. Dixie Lee Gibson is granted judgment a $75,000.00.

4. John Travis Gibson is granted judgment against Defendant in the amount of $40,000.00.

Dated this 16th day of January, 2020.

                            TYLER P. GILMAN, CLERK

                            By: /s/ Megan Stewart
                            Megan Stewart, Deputy Clerk