UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| BARBARA A. GIBSON, individually and as Personal Representative of the Estate of Johnny G. Gibson; JOHN TRAVIS MORGAN GIBSON, and DIXIE LEE GIBSON,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>THE UNITED STATES, and DOES 1-10,<br><br>　　　　　Defendants. | Case No. CV-18-112-GF-BMM<br><br>AMENDED<br>JUDGMENT IN A CIVIL CASE |

　　　**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

　**X**　**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

　　　IT IS HEREBY ORDERED, under Federal Rules of Civil Procedure 58, that the Clerk of Court enter judgment by separate document in favor of the Plaintiffs as follows:

　　　1. The Estate of Johnny G. Gibson is granted judgment against Defendant in the amount of $183,814.00;

　　　2. Barbara Gibson is granted judgment against Defendant in the amount of $289,434.00;

3. Dixie Lee Gibson is granted judgment against Defendant in the amount of $70,000.00;

4. 4) John Travis Gibson is granted judgment against Defendant in the amount of $35,000.00.

Dated this 6th day of April, 2020.

                              TYLER P. GILMAN, CLERK

                              By: /s/ S. Redding
                                            S. Redding, Deputy Clerk